# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:20-cv-00452-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

Plaintiff Roeuth Pao filed this action on March 29, 2020.  The summonses were issued on March 31, 2020.  Pursuant to the scheduling order issued on March 31, 2020, unless other provision is made pursuant to an application to proceed *in forma pauperis*, appellant is required to effect service within twenty days of filing the complaint and file a return of service with this court.  More than twenty days have passed and Plaintiff has not filed a return of service with the Court, nor does the record reflect that service was referred to the United States Marshall.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a notice within **five (5) days** informing the Court of the status of service on Defendant in this action.

IT IS SO ORDERED.

Dated:   **April 28, 2020**                             _____
                                                                            UNITED STATES MAGISTRATE JUDGE

1