# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00452-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 18) |

On April 13, 2021, Plaintiff filed a stipulation for an extension of time to file an opening brief. (ECF No. 18.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before May 15, 2021;

2. Defendant shall file a response to Plaintiff's opening brief on or before June 14, 2021; and

3. Plaintiff's reply, if any, shall be filed on or before June 29, 2021.

IT IS SO ORDERED.

Dated:   **April 14, 2021**

UNITED STATES MAGISTRATE JUDGE

1