# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:20-cv-00452-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF<br><br>(ECF No. 20) |

On May 12, 2021, Plaintiff filed a stipulation to extend the deadline to file an opening brief by only two (2) days. (ECF No. 20.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before May 17, 2021;
2. Defendant shall file a response to Plaintiff's opening brief on or before June 16, 2021; and
3. Plaintiff's reply, if any, shall be filed on or before July 1, 2021.

IT IS SO ORDERED.

Dated: **May 13, 2021**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1