# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-00452-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S OPPOSITION<br><br>(ECF No. 24) |

On June 15, 2021, a stipulation for a first extension of time for Defendant to file an opposition brief was filed.  (ECF No. 24.)  The Court finds good cause to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition to Plaintiff's opening brief on or before **July 16, 2021;** and

2. Plaintiff's reply, if any, shall be filed on or before **August 2, 2021.**

IT IS SO ORDERED.

Dated:   **June 15, 2021**

UNITED STATES MAGISTRATE JUDGE