# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-00452-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 26) |

Roeuth Pao ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On July 16, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g).  (ECF No. 26.)  Pursuant to the terms of the stipulation, the Appeals Council will instruct the Administrative Law Judge ("ALJ") to reevaluate the medical evidence including, but not limited to, all medical source opinion evidence and prior administrative medical findings, and assess the persuasiveness of such opinions.  The Appeals Council will instruct the ALJ to reconsider the Plaintiff's residual functional capacity and if warranted, obtain vocational expert evidence.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;

2.      Judgment is entered in favor of Plaintiff Roeuth Pao and against Defendant Commissioner of Social Security; and

3.      The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **July 19, 2021**

UNITED STATES MAGISTRATE JUDGE