# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. 1:20-cv-00452-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(ECF No. 29)<br><br>FOURTEEN-DAY DEADLINE |

      On July 19, 2021, an order issued granting Plaintiff Roeuth Pao's Social Security appeal and remanding the matter for further administrative proceedings and judgment was entered in favor of Plaintiff. (ECF Nos. 27, 28.) On October 15, 2021, Plaintiff filed a motion for attorney fees. (ECF No. 29.)

      The Local Rules of the Eastern District of California provide that a party having no opposition to the granting of a motion shall file a statement of non-opposition. E.D. Cal. L.R. 230(c). The Court shall require Defendant to either file an opposition to the motion for attorney fees or a statement of non-opposition. If there is no opposition, the parties may stipulate to the award of attorney fees.

///

Based on the foregoing, IT IS HEREBY ORDERED that Defendant shall file an opposition or a statement of non-opposition to Plaintiff's motion for attorney fees **within fourteen (14) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **October 18, 2021**

_____
UNITED STATES MAGISTRATE JUDGE