# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEUTH PAO,<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 1: 20-cv-00452-SAB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF Nos. 29, 31) |

On July 19, 2021, pursuant to the stipulation of the parties, an order issued granting Plaintiff Roeuth Pao's Social Security appeal, remanding the matter for further administrative proceedings, and entering judgment in favor of Plaintiff. (ECF Nos. 27, 28.) On October 15, 2021, Plaintiff filed a motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (ECF No. 29.) As such fee awards are typically done by stipulation, on October 18, 2021, the Court ordered Defendant to either file a statement of opposition or non-opposition to the motion. (ECF No. 30.) On October 26, 2021, Defendant filed a statement of non-opposition to the Plaintiff's motion. (ECF No. 31.) Based on review of the motion, the declaration attached thereto, the statement of non-opposition, and the Court's file, the Court finds the motion should be granted.

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney fees (ECF No. 29) is GRANTED; and
2. Plaintiff is awarded attorneys' fees as authorized by the EAJA in the amount of $4,207.54.

IT IS SO ORDERED.

Dated: **October 27, 2021**

UNITED STATES MAGISTRATE JUDGE